FILED

MAR 25 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

US BANK CHECK NO. 3888508237 FOR $50,000.00 DATED JANUARY 9, 2015, MADE PAYABLE TO ABHIJIT PRASAD,

CHASE BANK CHECK NO. 9439615735 FOR $4,550.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD,

CHASE BANK CHECK NO. 9037112846 FOR $4,796.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, and

WEST GATE BANK CHECK NO. 223067 FOR $8,323.00 FROM RAVI MAKKAPATI DATED DECEMBER 12, 2015, MADE PAYABLE TO ABHIJIT PRASAD,

Defendants.

ORDER TO NEGOTIATE CHECKS

2:16-SW-0166 KJN

**ORDER**

For the reasons set forth in the United States' Application, the Court hereby grants the U.S. Marshals Service and/or U.S. State Department Diplomatic Security Service authority to negotiate the following checks by depositing them into their Asset Forfeiture suspense account:

       a.    West Gate Bank check no. 223067 for $8,323.00 from Ravi Makkapati dated December 12, 2015, made payable to Abhijit Prasad;

    b.    US Bank check no. 3888508237 for $50,000.00 dated January 9, 2015, made payable to Abhijit Prasad;

    c.    Chase Bank check no. 9439615735 for $4,550.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad; and

    d.    Chase Bank check no. 9037112846 for $4,796.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad;

The U.S. Marshals Service shall maintain the resulting funds pending further Order of the Court.

**IT IS HEREBY ORDERED.**

Dated: March 25, 2016

KENDALL J. NEWMAN
United States Magistrate Judge

Order to Negotiate Checks